of Richard A. Chapman, deceased. No opinion. Decree of the surrogate unanimously affirmed, with costs, upon opinion below. See 66 N. Y. Supp. 235.

CHIPPERFIELD v. JOHNSON et al. (Supreme Court, Appellate Division, First Department. March 15, 1901.) Action by Julia Chipperfield against Russell Johnson and another. No opinion. Motion denied, with $10 costs.

CHURCHILL, Respondent, v. CITY OF BUFFALO, Appellant (three cases). (Supreme Court, Appellate Division, Fourth Department. April 2, 1901.) Action by Emma Churchill, as administratrix, etc., against the city of Buffalo. No opinion. Order affirmed in each action, with $10 costs and disbursements in one.

CITY OF NEW YORK, Respondent, v. STRAUSS et al., Appellants. (Supreme Court, Appellate Division, Second Department. March 8, 1901.) Action by the city of New York against Joseph Strauss and others. No opinion. Order affirmed, with $10 costs and disbursements.

CLARK, Respondent, v. BROOKLYN HEIGHTS R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 8, 1901.) Action by Alfred G. Clark, by his guardian ad litem, James O. Clark, against the Brooklyn Heights Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

CLARK, Respondent, v. PRUDENTIAL INS. CO. OF AMERICA, Appellant. (Supreme Court, Appellate Division, Second Department. March 8, 1901.) Action by Alice Clark, as administratrix, etc., of Owen Clark, deceased, against the Prudential Insurance Company of America. No opinion. Judgment of the county court of Westchester county affirmed, with costs. All concur, except SEWELL, J., taking no part.

COHEN v. METROPOLITAN ST. RY. CO. (Supreme Court, Appellate Division, First Department. April 4, 1901.) Action by Clarence Cohen, an infant, against the Metropolitan Street-Railway Company. No opinion. Motion denied, upon payment of $10 costs of motion, in order that application may be made in court below to open default.

COLEMAN, Respondent, v. VILLAGE OF FULTON, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 19, 1901.) Action by Catharine Coleman against the village of Fulton. No opinion. Judgment affirmed, with costs.

COLLINS et al., Respondents, v. DUNSTON, Appellant, et al. (two cases). (Supreme Court, Appellate Division, Fourth Department. March 19, 1901.) Actions by Anthony Collins and others, as executors, etc., against Emory W. Dunston, impleaded, etc.

PER CURIAM. Order reversed, without costs of this appeal, and a resale ordered in each case, upon condition that the appellant within 20 days gives a bond in the penalty of $250, to be approved upon notice by the county judge of Erie county, conditioned that the amount realized upon such resale shall be sufficient to pay the expenses thereof and at least $600 in addition thereto; and in the event that such bond is not given, the order in each case is affirmed, with costs. Order to be settled upon 2 days' notice by Mr. Justice SPRING. All concur; LAUGHLIN, J., in result, who favors absolute reversal of orders and a resale, upon the ground that the appellant's attorney was entitled to service of notice of sale.

COLWELL, Respondent, v. CHAPTER GENERAL OF AMERICA, KNIGHTS OF ST. JOHN AND MALTA, Appellant. (Supreme Court, Appellate Division, Second Department. March 22, 1901.) Action by May C. Louise Colwell against the Chapter General of America, Knights of St. John and Malta. No opinion. Judgment and order affirmed, with costs.

CONGREGATION SONS OF ISRAEL PEOPLE OF KEIDAN, Respondent, v. CONGREGATION ANSHE RAGOLO, Appellant. (Supreme Court, Appellate Division, First Department. April 4, 1901.) Action by the Congregation Sons of Israel People of Keidan against the Congregation Anshe Ragolo. C. L. Cohn, for appellant. D. W. Rochmore, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

CONNELLY, Appellant, v. A. M. CROFTS CO., Respondent. (Supreme Court, Appellate Division, First Department. March 8, 1901.) Action by J. H. Connelly against the A. M. Crofts Company. H. R. Squier, for appellant. E. A. Isaacs, for respondent. No opinion. Judgment affirmed, with costs.

COOPER, Respondent, v. JACKSON et al., Appellants. (Supreme Court, Appellate Division, Second Department. March 8, 1901.) Action by Max Cooper against Henry H. Jackson and others. No opinion. Judgment of the municipal court affirmed, with costs.

CORTLAND COUNTY, Respondent, v. WADE, Appellant. (Supreme Court, Appellate Division, Third Department. March 6, 1901.) Action by the county of Cortland against C. F. Wade. No opinion. Judgment affirmed, with costs.

COTTLE, Respondent, v. ERIE COUNTY et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. March 19, 1901.) Action by Octavius O. Cottle against the county of Erie and another. No opinion. Motion for reargument denied, with $10 costs.

COTTLE, Respondent, v. GUARANTY BLDG. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. March